**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 333 WAL 2021

               Respondent             :

                                                 :   Petition for Allowance of Appeal
                                                 :   from the Order of the Superior Court

               v.                        :

                                                   :

WILLIAM MOORE, III,                    :

                                                   :

              Petitioner               :


## <u>ORDER</u>


**PER CURIAM**

       **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.